IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY W. DONES, # 789362, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 3:05-CV-2237-M |
| ) | |
| DOUGLAS DRETKE, Director, Texas Dep't ) | |
| of Criminal Justice, Correctional Institutions ) | |
| Division, ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge; however, nothing in this Order is intended as a determination that in other cases, sufficient proof of actual innocence will not toll limitations.

SO ORDERED this 11 day of May, 2006.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE